# AFFIDAVIT OF SERVICE

U.S. District Court for the District of Massachusetts

Case Number: 1:25-CV-12575



**Re: SharkNinja Operating LLC v. The Happy Store LLC**
**U.S. District Court for the District of Massachusetts, Case No. 1:25-cv-12575**

LAW2025000890

Received by Civil Process Direct, LLC on the 15th day of September, 2025 at 3:46 pm to be served on! **The Happy Store LLC, by delivering to its registered agent, PHYSICALADDRESS.COM, 539 W. Commerce Street, Dallas, TX 75208**.

I, Michael Hernandez, being duly sworn, depose and say that on the **16th day of September, 2025** at **12:17 pm, I:**

executed service upon an **AUTHORIZED** entity by delivering a true copy of the **Letter (annexed)** with the date of service endorsed thereon by me, to: **NOLAN DIAL, AUTHORIZED AGENT FOR THE REGISTERED AGENT, PHYSICAL ADDRESS.COM,** at the address of: **539 W. Commerce Street, Dallas, TX 75208,** who accepted service for **The Happy Store LLC,** and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements are true and correct."

State of Texas
County of Dallas
Subscribed and sworn to before me on the 19th day of September, 2025 by the affiant who is personally known to me.

Notary Public

**Michael Hernandez**
PSC4593 Exp. 7/31/27

**Civil Process Direct, LLC**
**603 Munger Ave., Suite 100**
**Lock Box 214**
**Dallas, TX 75202**
**(214) 651-7111**

Our Job Serial Number: LAW-2025000890

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a